PROPOSED ORDER/COVER SHEET

TO: Honorable Bernard Zimmerman          RE:     VILANOVA, Willy
U.S. Magistrate Judge

FROM: Roy Saenz, Chief                   DOCKET NO.:  3:11-MJ-71416-EDL
U.S. Pretrial Services Officer

DATE: January 27, 2012

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Betty A. Kim, Supervising                (510) 637-3756
U.S. PRETRIAL SERVICES OFFICER           TELEPHONE NUMBER

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[✓] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding  District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[✓] Other Instructions:
Based on our discussion, I am satisfied to allow Probation and the Judge who will be supervising him handle this.

_____        30 Jan 2012
JUDICIAL OFFICER                 DATE

Cover Sheet (02/07/2011)